**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ONSTREAM MEDIA CORPORATION,<br><br>      Plaintiff,<br><br>      v.<br><br>DACAST, INC.,<br><br>      Defendant. | C.A. No. 21-722 (RGA) |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Onstream Media Corporation and Defendant Dacast, Inc. ("Dacast"), and subject to the approval of the Court, that Dacast's deadline to answer, move, or otherwise respond to the Complaint shall be extended from June 15, 2021 to July 15, 2021.

Dated: June 15, 2021

| | |
|---|---|
| STAMOULIS & WEINBLATT LLC | SMITH, KATZENSTEIN & JENKINS LLP |
| */s/ Stamatios Stamoulis* | */s/ Neal C. Belgam* |
| Stamatios Stamoulis (No. 4606) | Neal C. Belgam (No. 2721) |
| Richard C. Weinblatt (No. 5080) | Eve H. Ormerod (No. 5369) |
| 800 N. West Street – Third Floor | 1000 West Street, Suite 1501 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 999-1540 | (302) 652-8400 |
| stamoulis@swdelaw.com | nbelgam@skjlaw.com |
| weinblatt@swdelaw.com | eormerod@skjlaw.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

SO ORDERED this _____ day of _____, 2021.

_____
United States District Judge